IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

ROBERT BOSCH LLC,

        Plaintiff,

v.                                      Civil Action No. 3:14-cv-415-JAG

WILLIAM C. SCHMIDT and

TRICO PRODUCTS CORP.,

        Defendants.

## ORDER

This matter comes before the Court on Robert Bosch LLC's ("Bosch") motion for a temporary restraining order and motion for expedited discovery. (Dk. Nos. 2 and 6.) For the reasons stated from the bench, the Court DENIES Bosch's motion for a temporary restraining order.

The Court GRANTS Bosch's motion for expedited discovery and DIRECTS Bosch to file a status report with this Court on Monday, June 16, 2014, stating whether the parties have come to an agreement on the scope and schedule of the expedited discovery. As stated from the bench, the parties shall respond to the interrogatories and requests for production seven (7) days following the date of service. Additionally, the parties shall contact the Court on June 16, 2014, to set a date for the Court to hear Bosch's motion for a preliminary injunction.

It is so ORDERED.

Let the Clerk send a copy to all counsel of record.

Date: June 10, 2014
Richmond, VA

/s/ 
John A. Gibney, Jr.
United States District Judge